UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAURUS PROPERTY VENTURES, LLC,

    Plaintiff,

v.                                            CASE NO: 8:05-cv-1037-T-23MAP

CITY OF PLANT CITY,

    Defendant.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred (Docs. 10, 16, 43) the plaintiff's verified motion for preliminary injunction (Doc. 6), the defendant's motion to dismiss or, alternatively, for summary judgment (Doc. 14), and the defendant's emergency amended motion to dismiss or, alternatively, for summary judgment (Docs. 40, 41) to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's December 21, 2005, report and recommendation (Doc. 59), the plaintiff objects (Doc. 61).

A *de novo* determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution of the motions.[1] Accordingly, the plaintiff's objections (Doc 61) are **OVERRULED** and the Magistrate Judge's report and recommendation

---

[1] The plaintiff's argument for *void ab initio*, primarily made in response (Doc. 50) to filings that were stricken from the record, did not warrant consideration by the Magistrate Judge.

(Doc. 59) is **ADOPTED**.  The plaintiff's motion for preliminary injunction (Doc. 6) is **DENIED**; the defendant's motions to dismiss or, alternatively, for summary judgment (Docs. 14, 40, 41) are **GRANTED IN PART** to the extent that the plaintiff's demands for equitable relief are **DISMISSED**.  As to the plaintiff's remaining claim for damages, this action is **STAYED** pending the Eleventh Circuit's forthcoming en banc decision in Tanner Advertising Group, L.L.C. v. Fayette County, Ga.  Notwithstanding this stay, the parties shall proceed to mediation as outlined in the court's August 13, 2005, order (Doc. 49).  The Clerk is directed to administratively close this case subject to reopening upon the request of either party subsequent to the Eleventh Circuit's en banc opinion.

ORDERED in Tampa, Florida, on January 11, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy